present Judge Phillips of the Common Pleas Court, one of the ablest Judges that ever sat upon our Common Pleas Bench, in a well considered case, **Sargent vs. Sargent, 80 N. S. 238,** decided this very question.

This is exactly the point to be decided in this case and Judge Phillips in his opinion only followed a long line of authorities in Ohio upon this proposition.

See **Law vs. Law, 64 OS. 349**

**Sponseller vs. Sponseller, 110 OS. 396.**

In **Connolly vs. Conolly, 16 O. App. 92,** decided Feb. 13th, 1922, the Cincinnati Court of Appeals held exactly as Judge Phillips in the Sargent case, supra.

There seems to be an unbroken line of authorities in Ohio upon this proposition and counsel for defendant in error has not been able to point out a single case in Ohio where a different rule has been adopted. In fact he relies for his authority upon a note appended to the case of Dickey vs. Dickey, 56 A. L. R. 634, (Maryland Court of Appeals, 1928) the first paragraph of this case reading as follows:

"An agreement between husband and wife for weekly alimony to extend beyond the husband's death, may be incorporated in a decree of divorce, and cannot be subsequently changed by the court."

The note in 58 A. L. R. further cites the above referred to case of Conolly vs. Conolly, supra. So the cases referred to the note in the 58th A. L. R. do not bear out the contention of the defendant in error, and so we can say that there has not been a single case that has been cited to us to sustain the contention of the defendant in error that would authorize the finding of the Common Pleas Court in the instant case. Therefore, it is apparent that the Common Pleas Court erred in granting the motion to modify and the judgment of the Common Pleas Court will, therefore, be reversed for the reason that it had no authority to modify or change the judgment that was based upon the agreement of the parties and simply carried into the journal entry.

Sullivan and Levine, JJ., concur.

## HIGHWAY CONSTRUCTION CO v SORNA

Ohio Supreme Court

No 21883. Decided April 16, 1930

Jones, Matthias and Allen, JJ., concur.

## INDUSTRIAL COMMISSION v ROYER

Ohio Supreme Court

No 22022. Decided April 16, 1930

Kinkade, Jones, Matthias, Day and Allen, JJ., concur.